# R E C O R D

# E X P U N G E D